**Virginia Arriaga LOPEZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 07–71630.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 10, 2011.*

Filed Jan. 25, 2011.

As Amended on Denial of Rehearing and Rehearing En Banc May 4, 2011.

Nathan Menta Zaslow, Law Office of Nathan Zaslow, San Jose, CA, for Petitioner.

Richard M. Evans, Esquire, Assistant Director, Brooke Maurer, Christina Bechak Parascandola, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Virginia Arriaga Lopez, a native and citizen of Mexico, petitions for review of

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's ("IJ") removal order. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings, *Khan v. Holder*, 584 F.3d 773, 776 (9th Cir.2009), and we deny the petition for review.

Substantial evidence supports the agency's determination that Arriaga Lopez gave false testimony for the purpose of obtaining an immigration benefit regarding her 1991 petty theft conviction and is therefore statutorily precluded from demonstrating good moral character under 8 U.S.C. § 1101(f)(6). *See Ramos v. INS*, 246 F.3d 1264, 1266 (9th Cir.2001). Arriaga Lopez's contention that her false statements should not count against her because they had no bearing on her eligibility to obtain immigration benefits is unavailing.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.